## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

JANE DOE #6,

      Plaintiff

v.

CHOICE HOTELS INTERNATIONAL, INC.
d/b/a COMFORT INN

      Defendant.

Civil Action No.: 4:19-cv-04993

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jane Doe #6, by and through counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action, without prejudice, against Defendant Choice Hotel International, Inc. d/b/a Comfort Inn. In so doing, Plaintiff does not waive any claims that she currently has and/or may have in the future. Defendant has not yet filed an answer or motion for summary judgment.

DATED this 3rd day of February, 2020.

Respectfully submitted,

ANNIE MCADAMS PC

By: /s/ Annie McAdams
      ANNIE MCADAMS, PC
      Annie McAdams
      State Bar No. 24051014
      S.D. Tex. No. 1514589
      1150 Bissonnet
      Houston, Texas 77005
      Telephone: (713) 785-6262
      Facsimile: (866) 713-6141
      annie@mcadamspc.com

      and

By: /s/ David E. Harris

SICO HOELSCHER HARRIS LLP
David E. Harris
State Bar No. 24049273
S.D. Tex. No. 712461
Jeffrey H. Richter
State Bar No. 24061614
S.D. Tex. No. 1794395
802 N. Carancahua, Ste. 900
Corpus Christi, Texas 78401
Telephone: (361) 653-3300
Facsimile: (361) 653-3333
dharris@shhlaw.com
jrichter@shhlaw.com

and

THE GALLAGHER LAW FIRM
Michael T. Gallagher
State Bar No. 07586000
S.D. Tex. No. 5395
Pamela McLemore
State Bar No. 24099711
2905 Sackett Street
Houston, Texas 77098
Telephone: (713) 222-8080
Facsimile: (713) 222-0066
mike@gld-law.com
pamm@gld-law.com
**ATTORNEYS FOR JANE DOE #6**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal without Prejudice was electronically filed through the CM/ECF system to all parties through their counsel of records this 3rd day of February, 2020.

Katriel C. Statman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701
kstatman@bakerdonelson.com
***Attorney for Defendant Choice Hotels International, Inc. d/b/a Comfort Inn***

*/s/ David E. Harris*
David E. Harris