UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Jane Doe #6, | § |
|     Plaintiff, | § |
| *versus* | §    Civil Action H-19-4993 |
| Choice Hotels International, Inc., | § |
|     Defendant. | § |

## Final Dismissal

On the notice of voluntary dismissal, this case is dismissed without prejudice.

Signed on February 4, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge